■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS M. CLEVELAND, Appellant.—Judgment, County Court, Warren County, rendered May 24, 1977, affirmed (see *People v Linderberry,* 55 AD2d 992; *People v Bryant,* 47 AD2d 51; cf. *People v Woodard,* 48 AD2d 980). Sweeney, J. P., Mahoney, Larkin, Mikoll and Herlihy, JJ., concur.